1
2
3
4
5

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle Patrick Duncan, | Case No. 2:24-cv-01554-AJR |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| Carolyn Colvin, COMMISIONER OF SOCIAL SECURTY, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND ONE HUNDRED SIX DOLLARS AND 21/100 ($7,106.21) as authorized by 28 U.S.C. § 2412 and costs in the amount of FOUR HUNDRED AND FIVE DOLLARS AND 00/100, ($405.00) under 28 U.S.C. §1920. be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 12/20/2024         _____
                        HON. A. JOEL RICHLIN
                        UNITED STATES MAGISTRATE JUDGE